LAW OFFICES OF BILL LATOUR
JESSICA WARNER [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –DIVISION

| | |
|---|---|
| NICOLE S. ROSE,<br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No: 2:22-cv-09035- MAA<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND FOUR HUNDRED AND FORTY DOLLARS AND 00/100 ($4,440.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: July 21, 2023        _____
                                  HON. MARIA A. AUDERO
                                  UNITED STATES MAGISTRATE JUDGE